IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(NORTHERN DIVISION)

|  |  |  |
|---|---|---|
| Nightingale Nursing Services, Inc., | * | |
| | * | Civil Action No. 2:24-cv-00005-FL |
| *Plaintiff*, | * | |
| v. | * | |
| Accordius Health at Creekside Care, LLC, | * | |
| | * | |
| *Defendant*. | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

Upon consideration of Defendant Accordius Health at Creekside Care, LLC's Motion to Strike Plaintiff's Demand for Jury Trial as Untimely, the lack of opposition thereto, and the record in this matter, it is this __31st__ day of ____March____, 2025.

ORDERED that the Motion to Strike is GRANTED, and it is further

ORDERED that Plaintiff's Demand for Jury Trial is struck, and it is further

ORDERED that the above-captioned matter will be determined with the Court as trier-of-fact.

_____
District Judge Louise W. Flanagan