# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# NORTHERN DIVISION
# Case No. 2:24-cv-00005-FL

| | |
|---|---|
| NIGHTINGALE NURSING SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> ACCORDIUS HEALTH AT CREEKSIDE CARE LLC, <br><br> Defendant. | **ORDER** |

THIS MATTER is before the Court upon the parties' Joint Motion to Stay Case Deadlines. The parties request a stay of 120 days for all pending case deadlines in this matter.

For good cause shown, the parties' Joint Motion to Stay Case Deadlines is granted. All case deadlines in this matter are hereby stayed for a period of 120 days from the date of entry of this Order.

SO ORDERED, this the 26th day of August, 2025.

_____
Louise Wood Flanagan
United States District Court